UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>VS.<br><br>EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER,<br><br>Defendants. | CIVIL NO.: 3:00CV 1612(RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 24, 2003 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Tuesday, October 28, 2003 to Tuesday, November 25, 2003. The requested extension is necessary to permit the Plaintiffs to obtain the necessary settlement approval from the New Milford Probate Court which has been delayed. Counsel for the Defendants have no objection to the granting of this request. This is the second request for an extension of time.

October 30, 2003. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.