FILED

2003 NOV 24 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | : CIVIL NO.: 3:00CV 1612(RNC) |
| Plaintiffs, | |
| VS. | |
| EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | |
| Defendants. | : NOVEMBER 21, 2003 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Tuesday, November 25, 2003 to Monday, December 8, 2003. The requested extension is necessary to permit the Plaintiffs to obtain the necessary settlement approval from the New Milford Probate Court which has been delayed. A hearing has been scheduled in the Probate Court. Counsel for the Defendants have no objection to the granting of this request. This is the third request for an extension of time.

THE PLAINTIFFS,
JOHN DOE, INDIVIDUALLY, AND ON
BEHALF OF HIS MINOR CHILDREN,
JOHN DOE I, AND JANE DOE I,
AND JANE DOE, INDIVIDUALLY

BY_____
Eugene J. Riccio (Bar #ct 06619)
The Law Offices of John R. Gulash, Jr.
& Eugene J. Riccio
350 Fairfield Avenue
P.O. Box 9118
Bridgeport, CT 06601
Tel. (203) 367-7440
Fax. (203) 336-8379

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 21st day of November, 2003 to:

Robert L. Ciociola, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Richard L. Grant, Esquire
Lawrence A. Ouellette, Jr., Esquire
Lippman & Ouellette, L.L.C.
142 Temple Street
New Haven, CT 06510

Eugene J. Riccio
Bar #ct 06619

3