13

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 25, 2003.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | CIVIL NO.: 3:00CV 1612(RNC) |
| Plaintiffs, | |
| VS. | |
| EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | |
| Defendants. | NOVEMBER 21, 2003 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Tuesday, November 25, 2003 to Monday, December 8, 2003. The requested extension is necessary to permit the Plaintiffs to obtain the necessary settlement approval from the New Milford Probate Court which has been delayed. A hearing has been scheduled in the Probate Court. Counsel for the Defendants have no objection to the granting of this request. This is the third request for an extension of time.