UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | CIVIL NO.: 3:00CV 1612(RNC) |
| Plaintiffs, | |
| VS. | |
| EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | |
| Defendants. | DECEMBER 5, 2003 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Monday, December 8, 2003 to Monday, January 12, 2004. Probate Court approval of the settlement has just been obtained and the requested extension is necessary in order to allow the parties additional time to finalize the settlement. Counsel for the Defendants have no objection to the granting of this request. This is the fourth request for an extension of time.

THE PLAINTIFFS,
JOHN DOE, INDIVIDUALLY, AND ON
BEHALF OF HIS MINOR CHILDREN,
JOHN DOE I, AND JANE DOE I,
AND JANE DOE, INDIVIDUALLY

BY _____
Eugene J. Riccio (Bar #ct 06619)
The Law Offices of John R. Gulash, Jr.
& Eugene J. Riccio
350 Fairfield Avenue
P.O. Box 9118
Bridgeport, CT 06601
Tel. (203) 367-7440
Fax. (203) 336-8379

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 5th day of December, 2003 to:

Robert L. Ciociola, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Richard L. Grant, Esquire
Lawrence A. Ouellette, Jr., Esquire
Lippman & Ouellette, L.L.C.
142 Temple Street
New Haven, CT 06510

_____
Eugene J. Riccio
Bar #ct 06619

3