*December 10, 2003. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | CIVIL NO.: 3:00CV 1612(RNC) |
| Plaintiffs, | |
| VS. | |
| EF AU PAIR, INC.,  EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | |
| Defendants. | DECEMBER 5, 2003 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Monday, December 8, 2003 to Monday, January 12, 2004. Probate Court approval of the settlement has just been obtained and the requested extension is necessary in order to allow the parties additional time to finalize the settlement. Counsel for the Defendants have no objection to the granting of this request. This is the fourth request for an extension of time.