UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | : CIVIL NO.: 3:00CV1612(RNC) |
| Plaintiffs, | : |
| VS. | : |
| EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | : |
| Defendants. | : JANUARY 9, 2004 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Monday, January 12, 2004 to Friday, February 6, 2004. The requested extension is necessary to allow for the complete payment of the settlement funds, a portion of which is coming from Sweden. Counsel for the Defendants have no objection to the granting of this request. This is the fifth and final request for an extension of time.