00CV1612mtnxtnd

#139

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR CHILDREN, JOHN DOE I, AND JANE DOE I, and JANE DOE, INDIVIDUALLY, | CIVIL NO.: 3:00CV 1612(RNC) |
| Plaintiffs, | |
| VS. | |
| EF AU PAIR, INC., EF EDUCATION, INC., EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, EF INSTITUTE FOR CULTURAL EXCHANGE, INC., EF INTERCULTURAL FOUNDATION, INC., EF SCHOOLS, INC., EFEKTA SCHOOLS, INC., EDUCATIONAL FOUNDATION FOR FOREIGN STUDY, and MANUELA PFANNER, | |
| Defendants. | FEBRUARY 4, 2004 |

February 6, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, pursuant to Local Rule 9(b), move this Court to enter an Order extending the period of time for dismissal of this matter from Friday, February 6, 2004 to Friday, February 20, 2004. The requested extension is necessary to allow a sufficient time for the settlement funds from Defendant, Manuela Pfanner, to clear. Counsel for the Defendants have no objection to the granting of this request. This is the sixth and final request for an extension of time.